# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: No.: 3:18-CV-04778-JST |
| Plaintiff, | |
| v. | [~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |
| **Rugani Properties, LLC**, a California Limited Liability Company; **Jonathan D. Ellis**; and Does 1-10, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

   The deadline to hold a joint site inspection of the premises shall be extended to and include November 30, 2018. All other dates that are calculated based on the inspection date will be similarly extended.

IT IS SO ORDERED.

Dated: November 15, 2018         _____
                                 HONORABLE JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

1