UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Rugani Properties, LLC**, a California Limited Liability Company; <br> **Jonathan D. Ellis**; and Does 1-10, <br><br> Defendants. | Case: No.**: 3:18-CV-04778-JST** <br><br> [~~proposed~~] **ORDER GRANTING JOINT STIPULATION AND REQUEST FOR RELIEF FROM CONDUCTING JOINT SITE INSPECTION UNDER GENERAL ORDER NO. 56** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56. The plaintiff shall file a notice of need for mediation, if at all, within forty-two (42) days of the date of the Order.

IT IS SO ORDERED.

Dated: December 3, 2018                    _____
                                            HONORABLE JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE

1

ORDER [~~PROPOSED~~]                                    Case No. 3:18-CV-04778-JST